**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Riley Kuntz, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dylan Evans,<br>Rodenburg Law Firm,<br>Jefferson Capital Systems, LLC, | )<br>)<br>) | Case No. 1:26-cr-308 |
| | ) | |
| Defendants. | ) | |

---

On November 13, 2026, Plaintiff filed a *Motion to Extend the Time to Serve Defendant Dylan Evans and, in the Alternative, For Leave to Effect Alternative Service*. (Doc. No. 16). Asserting a need for additional time to locate Defendant Dylan Evans, Plaintiff requests that the court extend the deadline to serve Defendant Dylan Evans by sixty days or until February 19, 2027. Alternatively Plaintiff requests permission to serve Evans by other, unspecified means.

The court **GRANTS** Plaintiff's motion (Doc. No. 16). Plaintiff shall have until February 19, 2027, to serve Defendant Dylan Evans with a summons and complaint.

**IT IS SO ORDERED.**

Dated this 16th day of November, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court